# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PHILIPPE VEETERS

NO. 2022 KW 0325

MARCH 30, 2022

---

In Re:    State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-19-07235.

---

**BEFORE:    McDONALD, McCLENDON, AND WELCH, JJ.**

**WRIT GRANTED.** The district court erred in finding that La. R.S. 14:43.4 defines the term "genitals." Instead, that statute merely identifies what constitutes the crime of female genital mutilation. Accordingly, the district court's ruling relying upon La. R.S. 14:43.4 to define "genitals" is reversed.

JMM
PMc
JEW

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT